UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-60087-CV-WILLIAMS

CHANEL, INC.,

    Plaintiff,

v.

21748632, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Panayotta Augustin-Birch's Report and Recommendation ("***Report***") on Plaintiff's Motion for Final Default Judgment against Defendants (DE 17) ("***Motion***"). (DE 19.) In the Report, Magistrate Judge Augustin-Birch recommends that the Court grant Plaintiff's Motion. Defendants filed no response to the Motion. Additionally, the Parties did not file any objections to the Report, and the time period to file objections has passed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that the Report (DE 19) is **AFFIRMED AND ADOPTED**. Plaintiff's Motion for Final Default Judgment (DE 17) is **GRANTED**. The Court will separately enter final default judgment.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>10th</u> day of April, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE